**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MCKESSON CORPORATION, | : | Case No. 3:19-cv-164 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | Magistrate Stephanie Bowman |
| | : | |
| DIANA DILLOW, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**AGREED PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. 25), requesting a preliminary injunction against Defendants Diana Dillow, Douglas Brannon, and The Brannon Law Firm a/k/a Brannon & Associates ("Defendants"). The parties have negotiated an agreed preliminary injunction, which the Court adopts and hereby ORDERS as follows:

1. The amount of $2,038,213.71 is currently being held in the Brannon & Associates' IOLTA account.

2. Defendants shall not withdraw, transfer, encumber, spend, or otherwise dispose of the funds currently being held in the above-referenced IOLTA account until further order of this Court or by agreement of the parties.

3. No security is necessary in this case. Therefore, bond is set at $0.00.

This Order shall remain in effect until such time as the parties enter into a settlement agreement or by further order of this Court.

**IT IS SO ORDERED.**          *s/Thomas M. Rose*

_____
**UNITED STATES DISTRICT JUDGE**

**AGREED:**

<u>/s/ Alyson Terrell</u>
Alyson Terrell (0082271)
Adam R. Bennett (095565)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio  43215
(614) 229-0000; (614) 229-0001 (fax)
aterrell@ulmer.com; abennett@ulmer.com
*Attorneys for Plaintiff*


<u>/s/ Douglas Brannon</u>
Douglas D. Brannon (0076603)
130 West Second Street, Suite 900
Dayton, Ohio 45402-1590
(937) 228-2306; (937) 228-8475 (fax)
dougbrannon@branlaw.com
*Counsel for Defendants*